Entered: October 4th, 2022
Signed: October 4th, 2022
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### *Baltimore Division*

| | |
|---|---|
| IN RE:<br>Steven James Currie and<br>Maggie Maye Currie<br><br>DEBTOR(S) | CHAPTER         13<br><br><br>CASE NO.         21-12216-TJC |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RMTP TRUST, SERIES 2021 COTTAGE-TT-V<br>MOVANT,<br>Vs..<br><br><br>Steven James Currie and Maggie Maye Currie<br><br>DEBTOR(S), | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 8683 CAMAC STREET, EASTON, MD 21601

UPON CONSIDERATION of the Motion for Relief from Stay filed herein and no response thereto; it is hereby

ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) is hereby TERMINATED to enable Movant and/or its successors and assigns to avail itself of its rights under the Deed of Trust, Promissory Note, and state law, including but not limited to the

initiation or continuation of foreclosure proceedings in the state court, against the property known as **8683 CAMAC STREET, EASTON, MD 21601**, to obtain or transfer title to the Property, and to allow the successful purchaser to obtain possession of same; and it is further,

ORDERED, that the automatic stay of 11 U.S.C. § 362 (a) shall not be reimposed as to Debtor's interest and the bankruptcy estate's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

Cc:
Steven James Currie
8683 Camac Street
Easton, md 21601
*Debtor*

Maggie Maye Currie
8683 Camac Street
Easton, MD 21601
*Debtor*

Edward C. Christman, Jr.
Christman & Fascetta, LLC
810 Gleneagles Court
Suite 301
Towson, MD 21286
*Debtor Attorney*

Brian A. Tucci
Brian A. Tucci, Chapter 13 Trustee
300 E. Joppa Road
Suite 409
Towson, MD 21286
*Trustee*

Diana C. Theologou
McMichael Taylor Gray LLC
3550 Engineering Dr Ste. 260
Peachtree Corners, GA 30092

**END OF ORDER**